UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLINT DRAPER, | No. 2:16-cv-1917 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. GARCIA, | |
| Defendant. | |

Plaintiff has filed a "motion for discovery." Plaintiff is informed that he need not seek the court's permission to engage in discovery with defendant Garcia, and plaintiff should not file discovery requests served upon defendant Garcia with the court unless they are part of a motion to compel discovery. Plaintiff's November 18, 2016 "motion for discovery," ECF No. 14, is therefore denied.

Dated: December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
drap1917.mfd