IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CLINT DRAPER,**<br><br>Plaintiff,<br><br>v.<br><br>**A. GARCIA,**<br><br>Defendant. | Case No. 2:16-cv-01917-GEB-CKD<br><br>**ORDER** |

Good cause appearing, discovery is stayed pending resolution of defendant's motion for summary judgment on the issue of exhaustion. The court notes that the deadline for serving discovery requests has passed and that deadline will not be extended. The discovery and dispositive motion deadlines contained in the court's December 2, 2016 Discovery and Scheduling Order are vacated. The Court will reopen discovery, and will reset the discovery and dispositive motion deadlines, if necessary, after Defendant's motion for summary judgment is resolved.

Dated:  February 13, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:16-cv-01917-GEB-CKD)